UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GREGORY HUNTER,

                Plaintiff,

       -against-                                **ORDER**
                                            16 CV 6645 (ILG) (CLP)

CITY OF NEW YORK *et al.*,

                Defendants.
----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

      By letter dated July 11, 2018, defendant City of New York moves to compel plaintiff Gregory Hunter to produce authorizations to allow the defendant to obtain relevant medical and employment records relating to the plaintiff. (See Def.'s Letter at 1, July 11, 2018, ECF No. 32). The defendant asks that the Court require plaintiff to provide validly executed authorizations by a date certain, upon threat of dismissal. (Id. at 2). The defendant first requested the authorizations on June 13, 2017. (Id. at 1). The Court has Ordered plaintiff to produce these authorizations on at least two occasions. (See Minute Entry, Aug. 22, 2017, ECF No. 15; Minute Entry, Apr. 3, 2018, ECF No. 28).

      Given the amount of time that has passed, and considering that the Court has twice Ordered plaintiff to provide the requested authorizations, the motion is granted. Plaintiff shall provide the authorizations referenced in defendant's July 11, 2018 letter by <u>July 23, 2018</u>. **Failure to produce the requested authorizations by that time will result in a recommendation that this matter be dismissed for failure to prosecute and for disobeying the Court's Orders.** See, e.g., Fed. R. Civ. P. 37(b)(2)(A)(v); Fed. R. Civ. P. 41(b).

1

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
July 11, 2018

                                                Cheryl L. Pollak
                                                United States Magistrate Judge
                                                Eastern District of New York